David S. Richman, Esq. (State Bar No. 94325)
Email: drichman@tocounsel.com
THEODORA ORINGHER MILLER & RICHMAN PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, CA  90024-4101
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Robert Mittel, Esq. (Maine State Bar No. 1690)
Email: rmittel@mittelasen.com
MITTELASEN, LLC
85 Exchange Street, P.O. Box 427
Portland, ME  04112-0427
Telephone: (207) 775-3101
Facsimile: (207) 871 0683

Attorneys for Plaintiff
DAVINCI EXPERIENCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINCI EXPERIENCE, a Maine corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>DA VINCI EXPERIENCE, LLC, a California limited liability company,<br><br>    Defendant. | Civil Action No. CV 10-3016-DMG(PJWx)<br><br>**ORDER RE DISMISSAL [JS-6]** |
| DA VINCI EXPERIENCE, LLC, a California limited liability company,<br><br>    Counterclaimant,<br><br>    vs.<br><br>DAVINCI EXPERIENCE, a Maine corporation,<br><br>    Counterdefendant. | |

815710.1/22116.05002                             1
                           ~~[Proposed]~~ *Order Re Dismissal*

# ORDER

The Court has reviewed the parties' Stipulation re Dismissal filed August 20, 2010 [Doc. #20], and good cause appearing,

IT IS HEREBY ORDERED that this entire action be dismissed with prejudice and without costs based on the settlement reached by the parties.

Dated:  August 30, 2010

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE